Abraham.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **05-00026** |
| Plaintiff, ) | **INDICTMENT** |
| ) | **CRIMINAL CONSPIRACY** |
| ) | [18 U.S.C. §§ 2 & 371, and |
| ) | 8 U.S.C. 1325(c)] |
| vs. ) | (Count 1) |
| ) | **VISA FRAUD** |
| LESLIE ANN AQUININGOC ABRAHAM ) | [18 U.S.C. §§ 2 and 1546] |
| a/k/a LESLIE ANN AQUININGOC ) | (Count 2) |
| a/k/a LESLIE ANN REED ) | |
| a/k/a LESLIE ANN MURUGESU, and ) | **PERJURY** |
| STEPHEN TITUS ABRAHAM, ) | [18 U.S.C. §§ 2 and 1621] |
| ) | (Count 3) |
| Defendants. ) | |

THE GRAND JURY CHARGES:

### COUNT I - CRIMINAL CONSPIRACY

1. Beginning on or about December 20, 1999, the exact date being unknown to the Grand Jury, and continuing through June 4, 2004, in the District of Guam, the defendants herein, LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS ABRAHAM, together with others both known and unknown to the Grand Jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit an offense

against the United States, to-wit: Marriage Fraud, in violation of Title 8, United States Code, Section 1325(c).

## OBJECT OF THE CONSPIRACY

2. It was an object of the conspiracy for LESLIE ANN AQUININGOC ABRAHAM, a United States citizen, and STEPHEN TITUS ABRAHAM, a citizen of India, to enter into a false and fraudulent marriage for the purpose of bringing STEPHEN TITUS ABRAHAM to the United States as a alien relative pursuant to Section 216 of the Immigration and Nationality Act.

## MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, and was accomplished, as follows:

3. LESLIE ANN AQUININGOC traveled to India and married STEPHEN TITUS ABRAHAM on December 20, 1999. Thereafter, she filed a Form I-130 Petition for Alien Relative, petitioning the Immigration and Naturalization Service for an immigrant visa allowing STEPHEN TITUS ABRAHAM to enter the United States as a conditional permanent resident. STEPHEN TITUS ABRAHAM filed an Application for Immigrant Visa and Alien Registration, which was granted, and he entered the United States May 3, 2001. Thereafter, to accomplish the object of the conspiracy, LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS ABRAHAM filed a Form I-751 Petition to Remove Conditions on Residence.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendants committed and caused to be committed the following overt acts in the District of Guam:

4. On or about January 5, 2000, LESLIE ANN AQUININGOC ABRAHAM filed a Form I-130 Petition for Alien Relative wherein she petitioned for STEPHEN TITUS ABRAHAM to enter the United States as her husband.

5. On or about July 12, 2000, STEPHEN TITUS ABRAHAM filed a Form 230 Application for Immigrant Visa and Alien Registration to enter the United States as the spouse of LESLIE ANN AQUININGOC ABRAHAM.

//

2

6. STEPHEN TITUS ABRAHAM entered the United States May 3, 2001, on an immigrant visa.

7. On or about March 12, 2003, LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS ABRAHAM filed a Form I-751 Petition to Remove the Conditions on Residence based on their marriage.

ALL IN VIOLATION of Title 18, United States Code, Sections 2 and 371.

## COUNT II - VISA FRAUD

Between January 5, 2000 through December 7, 2000, in the District of Guam and elsewhere, the defendants here, LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS ABRAHAM, did unlawfully and knowingly receive an immigrant visa allowing STEPHEN TITUS ABRAHAM to enter the United States as an alien relative of LESLIE ANN AQUININGOC ABRAHAM, said visa being prescribed by statute and regulation for entry into or as evidence of authorized stay in the United States, the said defendants knowing that this visa had been procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Sections 2 and 1546.

## COUNT III - PERJURY

1. On or about March 12, 2003, in the District of Guam, the defendants herein, LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS ABRAHAM, did submit a material written Petition to Remove the Conditions on Residence to the Immigration and Naturalization Service (INS) on Form I-751, executed under penalty of perjury under the format of Title 28, United States Code, Section 1746, in which they did willfully and knowingly state a material matter which they did not believe to be true, to-wit: that their marriage was not for the purpose of procuring an immigration benefit.

2. At the time and place aforesaid the Immigration and Naturalization Service did require that Petitions to Remove the Conditions on Residence be in writing and executed in the format provided by Title 28, United States Code, Section 1746. It was material to such Petition that the

3

1  petitioners certify that they had not entered into their marriage for the purpose of procuring an
2  immigration benefit.
3      3. At the time and place aforesaid, the defendants herein, LESLIE ANN AQUININGOC
4  ABRAHAM and STEPHEN TITUS ABRAHAM, submitted a signed written Petition to Remove
5  the Conditions on Residence which contained the following statement: "If conditional residence
6  was based on a marriage, I further certify that the marriage was entered into in accordance with
7  the laws of the place where the marriage took place, and was not for the purpose of procuring an
8  immigration benefit."
9      4. The aforesaid statement in the Petition to Remove the Conditions on Residence signed
10 and submitted by LESLIE ANN AQUININGOC ABRAHAM and STEPHEN TITUS
11 ABRAHAM, as they then and there well knew and believed, was false in that they had entered
12 into their marriage for the purpose of procuring an immigration benefit.
13     All in violation of Title 18, United States Code, Sections 2 and 1621.
14     Dated this <u>16th</u> day of March, 2005.

                          A TRUE BILL.



                          Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4