# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

U.S. MARSHALS-GUAM
RECEIVED
16 MAR 2005 14 00 00

UNITED STATES OF AMERICA
V.
LESLIE ANN AQUININGOC ABRAHAM aka
LESLIE ANN AQUININGOC aka
LESLIE ANN REED aka
LESLIE ANN MURUGESU
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00026-001

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>Monday, March 21, 2005 at 10:00 a.m. |

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

18:2 & 371 & 8:1325(c) - CRIMINAL CONSPIRACY (COUNT 1)

18:2 & 1546 - VISA FRAUD (COUNT 2)

18:2 & 1621 - PERJURY (COUNT 3)

ORIGINAL

| MARILYN B. ALCON, Deputy Clerk | _Marilyn B. Alcon_ |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

March 16, 2005
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 3/16/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Agana Heights  By: Tim Conway ICE

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/17/05
         Date

J. L. G. Sales
Name of United States Marshal

J.C.
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.