◆AO 442    (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
MAR 21 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS-GUAM
16 MAR 205 14 00 00

# UNITED STATES DISTRICT COURT

District of GUAM

UNITED STATES OF AMERICA

V.

STEPHEN TITUS ABRAHAM

**WARRANT FOR ARREST**  ③

Case Number: CR-05-00026-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **STEPHEN TITUS ABRAHAM**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with    (brief description of offense)

18:2 & 371 & 8:1325(c) - CRIMINAL CONSPIRACY (COUNT 1)

18:2 & 1546 - VISA FRAUD (COUNT 2)

18:2 & 1621 - PERJURY (COUNT 3)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *signature* Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/16/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

████████████████, Toto, GU

| DATE RECEIVED 3/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Timothy Conway, S/A | SIGNATURE OF ARRESTING OFFICER *signed* |
|---|---|---|
| DATE OF ARREST 3/21/2005 | | |