

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00026-001 |
| Plaintiff, | |
| vs. | O R D E R |
| LESLIE ANN AQUININGOC ABRAHAM aka LESLIE ANN AQUININGOC aka LESLIE ANN REED aka LESLIE ANN MURUGESU, and STEPHEN TITUS ABRAHAM, | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **LESLIE ANN AQUININGOC ABRAHAM** in the above-entitled case *nunc pro tunc* to March 16, 2005.

Dated this 21st day of March, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM