

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00026-002 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| STEPHEN TITUS ABRAHAM, | |
| Defendant. | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case.

Dated this 21st day of March, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM