# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
APR -7 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00026**   **DATE:** 4/07/2005   **TIME:** 2:45

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:48:08 - 3:14:11   CSO: N. Edrosa

************************** **APPEARANCES** **************************

**DEFT:** Leslie Ann Aguiningoc Abraham   **ATTY:** John Gorman
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON   **AGENT:**

**U.S. PROBATION:** S. GUILLIOTT   **U.S. MARSHAL:** NONE PRESENT

**INTERPRETER:** _____ ( ) SWORN   **LANGUAGE:** _____

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED   AGE: 34   SCHOOL COMPLETED: 11TH Grade
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT III
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: 04/05/2005   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: July 6, 2005 at 10:00 a.m.   ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: June 1, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Government moved to strike the name "Abraham" from the defendant's name to read "Leslie Ann Aguiningoc" and to add the name "Abraham" to the first alias to read "Leslie Ann Aguiningoc Abraham". Defense concurred.

Pen and Ink changes to the Plea Agreement: 1) page 3, line 14, delete the " [ ] " before the word "statutory" and after the word "may"; 2) page 4, line 21, insert the word "was" between the "statement" and "false"; 3) page 5, line 21 add an "s" to the word "applicant" and delete "his name" and replace with the words "their names"; and 4) page 5, line delete "18" and replace with "28". Parties had no objections to the changes.

The Court executed the Report and Recommendation Concerning Plea of Guilty.

**Courtroom Deputy:** _____