# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
MAY 16 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00026-002**   **DATE:** 5/16/2005   **TIME:** 2:16 p.m.

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: J. HATTORI
Court Recorder: Jamie Phelps   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:16:2:40:54   CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** STEVEN TITUS ABRAHAM   **ATTY:** G. PATRICK CIVILLE
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.   (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON   **AGENT:**

**U.S. PROBATION:** R. VILLAGOMEZ-AGUON   **U.S. MARSHAL:** NONE PRESENT

**INTERPRETER:** KRISHNAN SEERENGAN   **LANGUAGE:** INDIAN (TAMIL)

## PROCEEDINGS: CHANGE OF PLEA

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED   AGE: 40   SCHOOL COMPLETED: Bachelor of Science
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT III - PERJURY
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: May 11, 2005   PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(X) SENTENCING DATE: August 29, 2005 at 10:00 a.m.   ( ) STATUS HEARING: _____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: July 25, 2005   USPO
( ) PRELIMINARY EXAMINATION SET FOR: _____ at   ACKNOWLEDGED RECEIPT
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR:   By: _____
   Date: 5/18/05

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(X) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Pen and ink changes to the plea agreement; 1) page 2, section 3, insert the word "was" between "statement false"; 2) page 2, paragraph 4(a), insert the word "in" after the word "born"; 3) page 3, paragraph (c) insert the words "or brother in law" after the word "sister"; 4) page 3, line 10, change "30" to "3"; 5) page 3, line 13, change "applicant" to "applicants" and replace "his name" with "their names"; 6) page 3, line 14, delete "18" and replace with "28". Parties had no objections to the pen and ink changes.

The Court noted that the defendant executed a written consent for change of plea before a magistrate judge. The Court executed the Report and Recommendation Concerning Plea of Guilty in a Felony Case.

Courtroom Deputy: _____