```
                                                    FILED
                                          DISTRICT COURT OF GUAM
                                              JUN - 7 2005
                                             MARY L.M. MORAN
                                             CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>STEPHEN TITUS ABRAHAM,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00026<br><br>**ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging her with Perjury, in violation of 18 U.S.C. § 1621, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 6 day of June 2005.

                                                  _____
                                                  RICARDO S. MARTINEZ*
                                                  District Judge

---

* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.