JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
LESLIE ANN AQUININGOC

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00026 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING SENTENCING DATE |
| vs. ) | |
| ) | |
| LESLIE ANN AQUININGOC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION AND ORDER EXTENDING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for July 6, 2005, at 10:00 a.m. be continued until a date after August 13, 2005, or a date convenient for the Court's calendar.

The parties request this new Sentencing Hearing date so as to allow defense counsel additional time to respond to the Presentence Investigation Report and prepare for sentencing. Also, defense counsel will be off-island from June 30 thru July 5, 2005 and counsel for the government will off-island from July 13 thru August 13, 2005.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 23, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
LESLIE ANN AQUININGOC

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

      IT IS APPROVED AND SO ORDERED that the Sentencing Hearing currently scheduled for July 6, 2005, at 10:00 a.m. be rescheduled to ____August 29____, 2005, at ____10:00____ a.m.

DATED: Hagatna, Guam, June 24, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam



RECEIVED
JUN 2 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM