AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>**LESLIE ANN AQUININGOC ABRAHAM** | **NOTICE**<br><br>CASE NUMBER: CR-05-00026-001 |

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

FILED
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, August 29, 2005 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>Monday, August 29, 2005 at 8:30 a.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

July 13, 2005
DATE

(BY) DEPUTY CLERK

TO: Karon Johnson
      Federal Public Defender
      U.S. Probation
      U.S. Marshal