# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA,

V.

**STEPHEN TITUS ABRAHAM**

**NOTICE**

CASE NUMBER: CR-05-00026-002

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| SENTENCING | |

FILED
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, August 29, 2005 at 10:00 a.m. | CONTINUED TO DATE AND TIME<br><br>Monday, August 29, 2005 at 8:30 a.m. |
|---|---|---|

 

MARY L. M. MORAN
CLERK OF COURT

July 13, 2005
DATE

(BY) DEPUTY CLERK

TO:   Karon Johnson
       G. Patrick Civille
       U.S. Probation
       U.S. Marshal