JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
LESLIE ANN AQUININGNOC

FILED
DISTRICT COURT OF GUAM
AUG 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00026 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| | ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| LESLIE ANN AQUININGNOC, | ) |
| Defendant. | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, LESLIE ANN AQUININGNOC, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report (PSR) with the following exceptions:

1. Paragraph 40 of the PSR states that Ms. Aquiningnoc's children were adopted by her parents. Ms. Aquiningnoc asserts that is not true, her parents are simply the legal guardians of the children.

2. Paragraph 42 of the PSR states that Ms. Aquiningnoc met Franklin Tuscon Reed in 1990, while she was employed at Sizzler's Restaurant in Hagatna. In 1990, she was

working on the Naval Base. She met Mr. Reed socially.

DATED: Mongmong, Guam, August 15, 2005.

/s/ John T. Gorman
JOHN T. GORMAN
Attorney for Defendant
LESLIE ANN AQUININGNOC

2

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 16, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


STEPHEN GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 16, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
LESLIE ANN AQUININGNOC