DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


FILED
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00026**                    **DATE: August 29, 2005**

HON. S. JAMES OTERO, Designated Judge            Law Clerk: NONE PRESENT
Court Recorder: Virginia T. Kilgore              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 8:36:58 - 9:07:47   CSO: L. Gogo / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: LESLIE ANN AQUININGOC**                  **ATTY: JOHN GORMAN**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.        (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                     AGENT:

U.S. PROBATION: STEVE GUILLIOTT                  U.S. MARSHAL: F. TAITAGUE

INTERPRETER: _____      LANGUAGE: _____

(X) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level: 14    Total offense level: 10    Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

(X) ATTORNEY FOR DEFENDANT ADDRESSED THE COURT:
Moved for the Court to consider a sentence of probation, argued his reasons, and stated that it was also a joint recommendation by parties for such sentence.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

The Court Granted Government's 5K1.1 Motion for Downward Departure.

Government moved for the Dismissal of Counts I and II - Granted.

| | |
|---|---|
| SENTENCE: CR-05-00026-001 | DEFENDANT: LESLIE ANN AQUININGOC |

DEFENDANT SENTENCED TO PROBATION FOR A TERM OF ONE YEAR ON COUNT III.

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL PAY TO THE UNITED STATES A SPECIAL ASSESSMENT OF $100.00, DUE IMMEDIATELY.

2. DEFENDANT SHALL COMPLY WITH ALL THE RULES AND REGULATIONS OF THE U.S. PROBATION OFFICE AND GENERAL ORDER 318.

3. DURING THE PERIOD OF PROBATION, THE DEFENDANT SHALL PAY THE SPECIAL ASSESSMENT IN ACCORDANCE WITH THE COURT'S JUDGMENT'S AND ORDERS PERTAINING TO SUCH PAYMENT.

4. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

6. DEFENDANT SHALL SUBMIT TO ONE URINE SAMPLE WITH 15 DAYS AND TWO URINE SAMPLES WITHIN SIXTY DAYS, AND ADDITIONAL URINE SAMPLES AS DETERMINED BY THE PROBATION OFFICER.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR ASSESSMENT AND TREATMENT OF NARCOTIC ADDICTION OR ALCOHOL DEPENDENCY WHICH MAY INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE ABUSE. DEFENDANT SHALL PAY THE COST OF THE PROGRAM IF THE PROBATION OFFICER DETERMINES THAT SHE HAS THE ABILITY TO PAY.

8. DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM APPROVED BY THE PROBATION OFFICER. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY FOR THE PROGRAM IF THE PROBATION OFFICER DETERMINES SHE HAS THE ABILITY TO PAY.

9. DEFENDANT SHALL NOT USE OR POSSESS ANY DANGEROUS FIREARM.

10. DEFENDANT SHALL REFRAIN FROM USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

11. DEFENDANT SHALL PERFORM 50 HOURS OF COMMUNITY SERVICE DURING THE ONE YEAR PERIOD.

12. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

THE COURT WAIVED ALL FINES, AS IT WAS DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED.

THE COURT, NOTING THAT DEFENDANT WAS NOT PRESENT, HOWEVER BOTH COUNSEL WERE IN THE COURTROOM, STATED THE DEFENDANT'S RIGHT TO APPEAL THE SENTENCE IMPOSED AND ORDERED DEFENSE COUNSEL TO ADVISE THE DEFENDANT OF HER APPELLATE RIGHTS.

Courtroom Deputy: _[signature]_