FILED
DISTRICT COURT OF GUAM
SEP 12 2005 ?p
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LESLIE ANN AQUININGOC ABRAHAM<br>Defendant. | CRIMINAL CASE NO. 05-00026-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 6th day of September 2005.

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

### ORDER

On the application of U.S. Probation Officer Specialist Carmen D. O'Mallan, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Leslie Ann Aquiningoc Abraham.

Dated this 12th day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge



RECEIVED
SEP - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL